# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 15, 2010

Marilyn Kelly,
Chief Justice

140684

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

STEVEN EDWARD KING,
      Plaintiff-Appellee,

v

SC: 140684
COA: 288290
Ingham CC: 08-000814-CZ

STATE OF MICHIGAN, MICHIGAN
DEPARTMENT OF LABOR AND ECONOMIC
GROWTH, and COMMISSIONER OF THE
OFFICE OF FINANCIAL AND INSURANCE
REGULATION,
      Defendants-Appellants.

_____/

    On order of the Court, the application for leave to appeal the January 21, 2010 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on whether to grant the application or take other peremptory action. MCR 7.302(H)(1). The parties may file supplemental briefs within 42 days of the date of this order, but they should not submit mere restatements of their application papers.

    I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 15, 2010

_____
Clerk

p0708